UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| **Brianna De Le Cruz,** | : | |
| | : | Case No.  25-14248 (DJB) |
| Debtor. | : | |
| | : | |

# O R D E R

**AND NOW**, this 13th day of February, 2026, upon consideration of the Debtor's Motion to Disapprove Reaffirmation Agreement with American Airlines Federal Credit Union but Permit Retention of Collateral Under Certain Circumstances (the "Motion") [Dkt. No. 12] filed by Debtor, and a hearing having been held on the matter on January 27, 2026;

The Court **FINDS** that the Debtor entered into an agreement (the "Agreement") with the American Airlines Federal Credit Union (the "Creditor") pursuant to 11 U.S.C. § 524(c) upon which a presumption of undue hardship has arisen [see Dkt. No. 11];

The Court further **FINDS** that the Agreement was not accompanied by "a declaration or an affidavit of the attorney that represented the debtor during the course of negotiating [such] agreement" which would have otherwise satisfied the requirements of 11 U.S.C. §§ 524(c)(3)(A)-(C);

The Court further **FINDS** that the Debtor was unable to show that the Agreement does not impose an undue hardship on the Debtor or a dependent of the Debtor.

It is therefore **ORDERED** that:

1. the Agreement is **NOT APPROVED** because of the failure to satisfy the provisions of 11 U.S.C. § 524(c)(6)(A);

2. any provision in the underlying agreements that were the subject of the Agreement between the Debtor and the Creditor that has the effect of placing the Debtor in default under such agreement by reason of the occurrence, pendency, or existence of a proceeding under title 11 of the United States Code or the insolvency of the Debtor **MAY NOT** be enforced against the Debtor as a result of the commencement of the above-captioned bankruptcy case, see 11 U.S.C. § 521(d); and

3. the foregoing Decretal Paragraph shall survive the discharge or closure of the above-captioned bankruptcy case.

**Date: February 13, 2026**

_____
**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**