United States Bankruptcy Court

Eastern District of Pennsylvania

In re:             Case No. 25-14248-djb

Brianna De La Cruz        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 1

Date Rcvd: Feb 13, 2026      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brianna De La Cruz, 1250 Passmore Street, Philadelphia, PA 19111-5531 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Brianna De La Cruz brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| MICHAEL I. ASSAD | on behalf of Debtor Brianna De La Cruz michael@sadeklaw.com  sadeklaw@recap.email |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Brianna De Le Cruz, | : | |
| | : | Case No. 25-14248 (DJB) |
| Debtor. | : | |
| | : | |

# O R D E R

**AND NOW**, this 13th day of February, 2026, upon consideration of the Debtor's Motion to Disapprove Reaffirmation Agreement with American Airlines Federal Credit Union but Permit Retention of Collateral Under Certain Circumstances (the "Motion") [Dkt. No. 12] filed by Debtor, and a hearing having been held on the matter on January 27, 2026;

The Court **FINDS** that the Debtor entered into an agreement (the "Agreement") with the American Airlines Federal Credit Union (the "Creditor") pursuant to 11 U.S.C. § 524(c) upon which a presumption of undue hardship has arisen [see Dkt. No. 11];

The Court further **FINDS** that the Agreement was not accompanied by "a declaration or an affidavit of the attorney that represented the debtor during the course of negotiating [such] agreement" which would have otherwise satisfied the requirements of 11 U.S.C. §§ 524(c)(3)(A)-(C);

The Court further **FINDS** that the Debtor was unable to show that the Agreement does not impose an undue hardship on the Debtor or a dependent of the Debtor.

It is therefore **ORDERED** that:

1. the Agreement is **NOT APPROVED** because of the failure to satisfy the provisions of 11 U.S.C. § 524(c)(6)(A);

2. any provision in the underlying agreements that were the subject of the Agreement between the Debtor and the Creditor that has the effect of placing the Debtor in default under such agreement by reason of the occurrence, pendency, or existence of a proceeding under title 11 of the United States Code or the insolvency of the Debtor **MAY NOT** be enforced against the Debtor as a result of the commencement of the above-captioned bankruptcy case, see 11 U.S.C. § 521(d); and

3. the foregoing Decretal Paragraph shall survive the discharge or closure of the above-captioned bankruptcy case.

Date: February 13, 2026

**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**