*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Brianna De La Cruz  : Case No. 25–14248–djb
     Debtor(s)

***ORDER***
_____

AND NOW, this day , February 18, 2026 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

          By The Court

          Derek J Baker
          Judge, United States Bankruptcy Court

20
Form 195